**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| R. L. MLAZGAR ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HLI SOLUTIONS, INC.;<br>LITECONTROL CORPORATION;<br>And PROGRESS LIGHTING, LLC,<br><br>Defendants.<br><br>And<br><br>HLI Solutions, Inc. and Litecontrol Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>R. L. Mlazgar Associates, Inc.,<br><br>Counterclaim-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 6:22-cv-4729-JDA<br><br><br><br>**NOTICE OF APPEARANCE** |

Shelby Herbkersman Pasquini of Burr & Forman LLP hereby enters her appearance as co-counsel for Plaintiff/Counter-Defendant R. L. Mlazgar Associates, Inc.

Respectfully submitted,

**BURR & FORMAN LLP**

*s/Shelby Herbkersman Pasquini*
Shelby Herbkersman Pasquini, Federal ID #13279
115 Fairchild Street, Suite 200
Daniel Island, SC 29492
(843) 973-6824
spasquini@burr.com

***Attorney for R. L. Mlazgar Associates, Inc.***

Dated: July 29, 2026