HENDRICKSON DEPOSITION DESIGNATIONS

| DESIGNATION START | DESIGNATION END | COUNTER DESIGNATION START | COUNTER DESIGNATION END | RULING |
|---|---|---|---|---|
| 22:12 | 22:14 | | | Admitted |
| 26:3 | 26:6 | | | Admitted |
| 26:7 | 28:3 | 34:3<br>34:20<br>37:1<br>38:6<br>40:9 | 34:8<br>34:24<br>37:11<br>38:12<br>40:21 | Admitted<br>Revised to complete sentence |
| 43:7 | 43:16 | | | Admitted |
| 44:18 | 45:22 | 47:9 | 48:7 | Admitted |
| 49:9 | 49:25 | 49:6<br>50:1 | 49:8<br>50:20 | Admitted |
| 52:14 | 53:1 | | | Admitted |
| 53:18 | 54:13 | | | Admitted |
| 54:19 | 55:12 | | | Excluded based on prior ruling [ECF 820] excluding Exhibit 262 |
| 56:2 | 57:18 | | | Excluded based on prior ruling [Doc 820] on Exhibit 262 |
| 58:1 | 60:8 | | | Excluded based on prior ruling [Doc 820] on Exhibit 262 |
| 63:5 | 63:12 | | | Excluded. Depo. Exhibit 3 not identified as a trial exhibit |
| 64:19 | 65:7 | | | Excluded. Depo. Exhibit 3 not identified as a trial exhibit |
| 65:23 | 66:21 | | | Excluded based on prior ruling |

HENDRICKSON DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| | | | | [Doc 820] on Exhibit 213 |
| 71:1 | 71:20 | | | Excluded. Depo. Exhibit 7 not identified as a trial exhibit |
| 73:1 | 73:21 | | | Excluded. Depo. Exhibit 7 not identified as a trial exhibit |
| 74:1 | 74:14 | | | Excluded. Depo. Exhibit 7 not identified as a trial exhibit |
| 75:16 | 75:22 | | | Excluded. Depo. Exhibit 9 not identified as a trial exhibit |
| 76:4 | 76:10 | 76:11 | 76:17 | Excluded. Depo. Exhibit 9 not identified as a trial exhibit |
| 77:20 | 77:22 | | | Excluded. Depo. Exhibit 10 not identified as a trial exhibit |
| 78:3 | 79:9 | | | Excluded. Depo. Exhibit 10 not identified as a trial exhibit |
| 79:25 | 80:12 | | | Admitted |
| 81:3 | 81:13 | 81:14<br>81:23 | 81:17<br>82:14 | Admitted |
| 86:13 | 87:2 | | | Admitted |
| 87:13 | 87:21 | | | Admitted |
| 88:1 | 88:19 | | | Admitted |

HENDRICKSON DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| 88:24 | 89:9 | | | Excluded based on prior ruling [Doc 820] on Exhibit 224 |
| 92:5 | 97:5 | | | Admitted in part Lines 95:9-97:5 exclude based on FRE 801 |
| 101:12 | 101:25 | | | Admitted |
| 105:20 | 107:12 | 109:25 | 110:10 | Admitted in part. 105:20-106:12 excluded as Exhibit 25 was not identified as a trial exhibit.<br><br>Lines 106:13-107:12 and counter-designations admitted |
| 112:8 | 113:13 | | | Admitted |
| 117:10 | 117:20 | | | Admitted |
| 118:6 | 118:11 | | | Admitted |
| 118:23 | 119:2 | | | Admitted |
| 119:17 | 120:11 | | | Admitted |
| 121:20 | 121:25 | | | Admitted; revised to complete sentence |
| 122:8 | 122:12 | | | Admitted |
| 122:23 | 123:6 | | | Admitted |
| 126:24 | 127:21 | | | Excluded. Depo. Exhibit 30 not identified as a trial exhibit |

HENDRICKSON DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| 130:17 | 130:21 | | | Excluded. Depo. Exhibit 31 not identified as a trial exhibit |
| 131:16 | 132:2 | 138:3<br>139:20<br>141:6 | 138:6<br>139:22<br>141:20 | 131:16-132:2 Excluded. Depo. Exhibit 32 not identified as a trial exhibit<br><br>Counter-designations admitted |
| 145:23 | 149:4 | | | Excluded. Depo. Exhibit 38 not identified as a trial exhibit |
| 149:9 | 150:4 | | | Excluded. Depo. Exhibit 39 not identified as a trial exhibit |
| 151:6 | 151:21 | | | Excluded. Depo. Exhibit 41not identified as a trial exhibit |
| 154:12 | 155:10 | | | Admitted |
| 157:20 | 158:25 | 162:21 | 163:21 | Admitted in part. 157:20-158:9 and Counter-Designations Admitted<br><br>158:10-158:25 Excluded. Depo. |

HENDRICKSON DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| | | | | Exhibit 44 not identified as a trial exhibit |
| 166:17 | 168:2 | | | Excluded. Depo. Exhibit 46 not identified as a trial exhibit |
| 175:22 | 176:10 | | | Admitted |
| 177:18 | 179:20 | | | Admitted |
| 182:2 | 182:9 | | | Admitted |
| 183:1 | 186:25 | | | Excluded. Depo. Exhibit 52 not identified as a trial exhibit |
| 188:1 | 205:25 | 207:17<br>209:4 | 208:6<br>210:10 | Excluded. Depo. Exhibits 39, 52, 53,54 and 55 not identified as a trial exhibit<br><br>Counter-designations admitted |
| 212:7 | 213:8 | 239:25 | 240:4 | Excluded. Depo. Exhibit 56 not identified as a trial exhibit<br><br>Counter-designations admitted |
| 251:8 | 251:13 | | | Excluded. Depo. Exhibit 56 not identified |

HENDRICKSON DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| | | | | as a trial exhibit |
| 251:23 | 252:14 | 267:15 | 273:3 | Excluded. Depo. Exhibit 56 not identified as a trial exhibit<br><br>Counter-designations admitted |
| | | | | |

The Court has excluded several deposition designations because the exhibits identified as *deposition exhibits*, and relied on in the corresponding testimony, were not identified as a corresponding *trial exhibit*, thus hindering the Court's ability to properly review the designations and the corresponding objections. Plaintiff's chart provided to the Court identifying "Hendrickson Deposition Documents" fails to address any of the exhibits excluded from consideration. It is not the duty of the Court to do the work of the Plaintiff. Accordingly, the Court finds that the testimony related to the unidentified exhibits are properly excluded from consideration.

August 26, 2026
Greenville, South Carolina

s/Jacquelyn D. Austin
United States District Judge