UNITED STATES DISTRICT COURT
for the
District of South Carolina
Greenville Division

R L Mlazgar Associates, Inc.,

*Plaintiff*

v.

Civil Action No. 6:22-cv-04729-JDA

HLI Solutions, Inc, Litecontrol Corporation, Progress Lighting, LLC, Hubbell Incorporated,

*Defendants.*

Cooper Lighting, LLC,

*Objector.*

HLI Solutions, Inc, Litecontrol Corporation,

*Counter Claimants*

v.

R L Mlazgar Associates, Inc.,

*Counter Defendant*.

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❒ the plaintiff, R L Mlazgar Associates Inc, recover from the defendants, HLI Solutions, Inc. and Litecontrol Corporation, joint and several the amount of seven hundred thirty-nine thousand four hundred twenty-four dollars and 00/100 ($739,424.00) in actual damages, and the amount of seven hundred thirty-nine thousand four hundred twenty-four and 00/100 ($739,424.00) in punitive damages, plus post judgment interest at the rate of 4.00 % per annum.

❒ the counter claimants, HLI Solutions, Inc and Litecontrol Corporation, recover from the counter defendant, R L Mlazgar Associates, Inc., the amount of ten million seven hundred twenty-four thousand eight hundred seventy-eight and 00/100 dollars ($10,724,878.00), plus post judgment interest at the rate of 4.00 % per annum.

❒ Hubbell Incorporated dismissed on 8/5/2025 per 483 Opinion and Order.

❒ Progress Lighting, LLC, dismissed without prejudice on 8/7/2026 per 796 Stipulation of Dismissal.

❒ Partial summary judgment and summary Judgment for the following parties: R L Mlazgar Associates, Inc., Progress Lighting. LLC, Litecontrol Corporation, and HLI Solutions, Inc. [1]

[1] See entry 536 sealed document.

This action was *(check one)*:

❒ tried by a jury with the Honorable Jacquelyn D Austin, United States District Judge, presiding, and the jury has rendered a verdict.

APPROVED:

s/Jacquelyn D. Austin
Honorable Jacquelyn D. Austin, United States District Judge

Date: August 31, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/J. Aiken

*Signature of Deputy Clerk*