# <u>EXHIBIT 2</u>

***(Declaration of Bernie W. Ellis)***

to Plaintiff R.L. Mlazgar Associates, Inc.'s Memorandum in Support of Plaintiff's Petition for Attorney's Fees and Costs Pursuant to S.C. § 39-65-30(2)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| R. L. Mlazgar Associates, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>HLI Solutions, Inc. and<br>Litecontrol Corporation<br><br>Defendants. | ) | CA: 6:22-cv-4729-JDA<br><br>**DECLARATION OF BERNIE W. ELLIS IN SUPPORT OF PLAINTIFF R. L. MLAZGAR ASSOCIATES, INC.'S PETITION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO S.C. CODE § 39-65-30(2)** |

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Bernie W. Ellis. I am a partner of Burr & Forman, LLP. I have practiced before the Federal and State Courts of South Carolina since 1992, and I am personally familiar with the matters set forth herein.

2. I have been asked by Droel, PLLC to submit this declaration as evidence of the rates customarily charged by attorneys handling matters before the United States District Court for the District of South Carolina.

3. Based upon my own billing rate and experience, hourly rates ranging between $260.00 and $325.00 per hour for complex business litigation is within the range of rates charged by South Carolina attorneys with equivalent experience.

4. Regarding the reasonableness of hourly rates, Droel, PLLC established the rates for this litigation in 2020 and has not raised them since that time.

5. I have been personally involved in this matter since January of 2026 and have reviewed the file and court filings. I appreciate the complexity of the case and

confirm that the level of effort required to litigate this matter is reflected by the services rendered, as indicated on the invoices submitted in support of this Petition.

6. This matter was a complex case that was vigorously litigated. Plaintiff achieved an award of $739,424.00 in actual damages and $739,424.00 in punitive damages, for a total of $1,478,848.00.

7. Plaintiff's request for fees and expenses of $3,843,818.34 appears reasonable for this litigation and the results achieved based upon the common core of facts related to the claims that were litigated. Given the nature of this litigation, the time and effort expended by Droel, PLLC was reasonable. The underlying matter and the trial were appropriately staffed, and based on the invoices provided, I do not see instances of duplication of efforts or inefficiency.

8. All attorneys from Droel, PLLC I have worked with possess the skill, experience, reputation, and ability to handle complex matters of this type, and the firm worked efficiently, billed at reasonable rates, and achieved a favorable result for the client under the South Carolina Payment of Post-Termination Claims to Sales Representatives Act, S.C. Code § 39-65-10, et seq.

9. My firm served as local counsel for Plaintiff in this matter. The amount of local counsel fees billed to date in this matter is $99,022.87. This amount is included in the total amount sought in the Petition for Fees.

10. The time and effort expended by my firm was reasonably necessary to our service as local counsel. Fees for services as local counsel were billed at the following hourly rates.

a. James Gilliam (Partner) - $330.00 (2020) - $535.00 (2026). Mr. Gilliam has been a member of the South Carolina Bar since 2008 and has had extensive experience litigating in federal and state courts in South Carolina

b. John Connell (Partner) - $430.00 (2024) - $475.00 (2025). Mr. Connell has been a member of the South Carolina Bar since 2014 and has extensive experience litigating in federal and state courts in South Carolina.

c. Bernie Ellis (Partner) - $765.00 (2026). The undersigned Bernie Ellis has been a member of the South Carolina Bar since 1992 and has had extensive experience litigating in federal states courts in South Carolina.

d. Cathrine Martin (Paralegal) – $225.00 (2023).

e. Kailyn Beasley (Paralegal) $160.00 (2024) – $170.00 (2025).

f. Dana Hayes (Paralegal) $290.00 (2026).

11. The services provided are set forth in Exhibit "A" to this Declaration.[1]

12. Based upon my knowledge of rates regularly charged in this area for federal court litigation, these rates are within the range of reasonable rates charged in the local South Carolina market.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2026.

(Signature appears on the following page.)

[1] Local counsel fees are included in the Invoices attached as Exhibit A to the Droel Declaration. Local counsel invoices reflected in the Droel invoices are attached herewith separately to allow the Court to review local counsels' time entries.

s/Bernie W. Ellis
Bernie W. Ellis (Fed Bar #5950)
104 South Main Street
Suite 700
Greenville, SC 29601
P: (864) 271-4940
F: (864) 271-4015
bellis@burr.com