# <u>EXHIBIT 3</u>

***(Declaration of Lane W. Davis)***

to Plaintiff R.L. Mlazgar Associates, Inc.'s Memorandum in Support of Plaintiff's Petition for Attorney's Fees and Costs Pursuant to S.C. § 39-65-30(2)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| R. L. Mlazgar Associates, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>HLI Solutions, Inc. and<br>Litecontrol Corporation<br><br>Defendants. | ) | CA: 6:22-cv-4729-JDA<br><br>**DECLARATION OF LANE W. DAVIS REGADING PREVAILING RANGE OF ATTORNEYS' HOURLY RATES IN U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, GREENVILLE DIVISION** |

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Lane W. Davis. I am a partner at Wilkins Davis in Greenville, South Carolina. I have practiced before the Federal and State Courts of South Carolina since 2000, and I am personally familiar with the matters set forth hereinbelow.

2. I have been asked by Plaintiff's counsel to submit this declaration as evidence of the rates customarily charged by attorneys handling matters before the United States District Court for the District of South Carolina.

3. Though I was not involved in this matter at all and have no stake in its outcome, I am advised that with respect to its claim for Defendants' violation of S.C. Code § 39-65-20, Plaintiff was awarded $739,424.00 in actual damages and $739,424.00 in punitive damages, for a total of $1,478,848.00.

4. Based upon my own billing rate and experience as well as my familiarity with rates regularly charged in this area, hourly rates ranging between $260.00 and $325.00 per hour for out-of-state attorneys admitted pro hac vice with the skill and experience

required to obtain summary judgment as to liability on a statutory claim for unpaid sales commissions as well as punitive damages equal to actual damages are within the range of rates charged by attorneys who regularly practice before this Court for similar litigation.

5. Local counsel hourly rates charged by Burr & Forman, L.P. in the amounts of $330.00 (2020) - $535.00 (2026) and $765.00 in 2026 are also consistent with rates charged by partners of law firms in the Upstate of South Carolina who regularly litigate business matters and statutory disputes before this Court.

6. Paralegal hourly rates ranging from $160.00 to $290.00 from 2023 to 2026 are within the range charged for paralegals in the Upstate of South Carolina for business litigation and statutory disputes in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2026.

s/Lane W. Davis
Lane W. Davis