**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| R. L. MLAZGAR ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HLI SOLUTIONS, INC.;<br>LITECONTROL CORPORATION;<br>PROGRESS LIGHTING, LLC; and<br>HUBBELL INCORPORATED,<br><br>Defendants.<br><br>– and –<br><br>HLI SOLUTIONS, INC. and<br>LITECONTROL CORPORATION,<br><br>Counterclaimants,<br><br>v.<br><br>R. L. MLAZGAR ASSOCIATES, INC.,<br><br>Counterclaim-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No: 6:22-cv-04729-JDA<br><br><br><br><br><br><br><br><br><br><u>Declaration of M. Todd Carroll</u> |

I, Matthew Todd Carroll, do swear and testify under penalty of perjury as follows:

1. I am over 21 years of age, of sound mind, and capable of making this declaration. I give this testimony based on my own personal knowledge of the facts stated herein.

2. I am one of the counsel of record for HLI Solutions, Inc., and Litecontrol Corporation in the above-captioned matter.

3. I have been in private practice since 2005. I began my career as an associate at Nelson Mullins Riley & Scarborough. In August 2009, I left Nelson Mullins with two colleagues to open a new law firm, Hall & Bowers, of which I was a member. In February 2012, Hall &

Bowers became the Columbia, South Carolina, office of Womble Carlyle Sandridge & Rice, which is now Womble Bond Dickinson (US). I began my career at Womble as of counsel, and I have been a partner since 2018.

4. I am a graduate of Furman University (2002) with a B.A. in economics and political science. I am a graduate of Washington & Lee University School of Law (2005), where I was the Executive Editor of the Washington & Lee Law Review.

5. I am licensed to practice in the State of South Carolina, the Supreme Court of the United States, the Fourth Circuit Court of Appeals, and the United States District Court of the District of South Carolina. I have been recognized in *The Best Lawyers in America* for commercial litigation every year since 2018. I have been recognized in *South Carolina Legal Elite* for a variety of disciplines, including business litigation, every year since 2020. I have had numerous favorable decisions published by the South Carolina Supreme Court and the Fourth Circuit Court of Appeals. I regularly speak at conferences and on panels.

6. I have practiced in complex commercial litigation the entirety of my career. I was counsel of record in *Palmetto Health Credit Union v. Open Solutions Inc.*, Case No. 3:08-cv-3848-CMC (D.S.C.), which involved an order from Judge Currie awarding my client its reasonable attorneys' fees and costs following a favorable jury verdict pursuant to a contractual provision. That order is published at 2011 U.S. Dist. LEXIS 692 (D.S.C. Jan. 4, 2011), and it is discussed in HLI's fee petition.

7. For the time periods relevant to HLI's fee petition, my normal and customary billing rates ranged from $570 to $785. Like other clients, HLI has paid for my services at these rates for the duration of this litigation.

8. The time entries attributed to me on the log attached to Mr. Millen's declaration were derived from billing records maintained by Womble Bond Dickinson (US). I input those entries at or near the time of the occurrence of the matters set forth therein based on my own personal knowledge, and those billing records are kept in the course of Womble's regularly conducted business activities.

9. When inputting those time entries, I exercised billing judgment to ensure that Womble only billed for my time that was reasonably necessary to advancing this litigation.

10. I have reviewed the list of HLI's disbursements, expenses, and costs associated with this litigation, which is attached to this declaration. It reflects monies HLI actually expended in the course of this litigation, and the data contained therein were recorded contemporaneously with these disbursements, expenses, and costs being incurred or paid.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2026.

By: /s/ M. Todd Carroll

**Disbursements - Current Lighting**

| Disb ID | Date | TKPR Name | Client | Matter | Tobill Amt | Narrative |
|---|---|---|---|---|---|---|
| 16841272 | 2/17/2023 | Fountain, Barbara G. | 115612 | 3.6 | $ 350.00 | COURTS/USDC-SC-X - Filing fee for Pro Hac Vice Application for Pressley M. Millen - |
| 16839245 | 2/21/2023 | Millen, Pressly M. | 115612 | 3.6 | $ 5.00 | Supreme Court of North Carolina - Certificate of Good Standing |
| 16843719 | 2/22/2023 | Millen, Pressly M. | 115612 | 3.6 | $ 16.46 | Federal Express Corporation; 394865256709; Womble Bond Dickinson (US) LLP, Press Millen, RALEIGH, NC |
| 16848902 | 3/22/2023 | Millen, Pressly M. | 115612 | 3.6 | $ 95.48 | Millen, Press - 03/22/23 - Client meeting in Greenville, SC - Hampton Inn |
| 16848903 | 3/22/2023 | Millen, Pressly M. | 115612 | 3.6 | $ 124.56 | Millen, Press - 03/22/23 - Client meeting in Greenville, SC |
| 16853027 | 3/25/2023 | Millen, Pressly M. | 115612 | 3.6 | $ 8.00 | American Express - Press Millen, Travel agency service fee |
| 16935313 | 11/17/2023 | Stoddart, Lisa A. | 115612 | 3.6 | $ 14.61 | Federal Express Corporation; 786541490225; BullDox, Joe Cato, MORRISVILLE, NC |
| 17050344 | 10/15/2024 | Quinlan, Ann K. | 115612 | 3.6 | $ 38.22 | Quinlan, Ann - 10/15/24 - Hotel for hearing in Greenville - Hyatt Regency |
| 17050345 | 10/15/2024 | Quinlan, Ann K. | 115612 | 3.6 | $ 346.44 | Quinlan, Ann - 10/15/24 - Mileage for hearing in Greenville |
| 17050343 | 10/16/2024 | Quinlan, Ann K. | 115612 | 3.6 | $ 293.45 | Quinlan, Ann - 10/16/24 - Hotel for hearing in Greenville - Hyatt Regency |
| 17044844 | 10/16/2024 | Carroll, M. Todd | 115612 | 3.6 | $ 327.50 | Teresa B. Johnson, CVR-M - Fee for 3-day service for transcript of Hearing held before Judge Austin on 10/16 in connection with |
| 17046422 | 10/21/2024 | Carroll, M. Todd | 115612 | 3.6 | $ 32.75 | Teresa B. Johnson, CVR-M - Remaining balance due on fee for 3-day service for transcript of Hearing held before Judge Austin |
| 17063362 | 12/9/2024 | Carroll, M. Todd | 115612 | 3.6 | $ 140.54 | Carroll, Todd - 12/09/24 - Travel for Deposition of Jim Ferrell - round trip |
| 17066766 | 12/13/2024 | Carroll, M. Todd | 115612 | 3.6 | $ 676.13 | Legal Eagle - Deposition/Transcript of James M. Ferrell |
| | 12/13/2024 - 12/19/2024 | Current Lighting Legal -- Bobby Simpson | | | $ 1,338.45 | Travel and attendance Court-Ordered Hearing (Greenville, SC) |
| 17066311 | 12/16/2024 | Carroll, M. Todd | 115612 | 3.6 | $ 140.54 | Carroll, Todd - 12/16/24 - Travel to (and from) Greenville, SC for hearing |
| | 01/16/2025 - 01/24/2025 | Current Lighting Legal -- Bobby Simpson | | | $ 1,680.60 | Travel and attendance Depositions - Patnaude / Lewis |
| 17088532 | 1/21/2025 | Quinlan, Ann K. | 115612 | 3.6 | $ 46.48 | Federal Express Corporation; 284598985597; Nelson Mullins - ATTN Data Intake, Meg Thrasher, COLUMBIA, SC |
| | 1/21/2025 | HKA Global, LLC. | | | $ 1,410.00 | Expert reimbursements for Julie Saitz |
| 17080754 | 1/22/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 7.96 | Millen, Press - 01/22/25 - Deposition of Jim Patnaude - Chick-fil-A |
| 17088533 | 1/22/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 20.91 | Federal Express Corporation; 284632221910; c/o Corporation Service Company, Cooper Lighting, PEACHTREE CORNERS, GA |

EXHIBIT B.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 17080755 | 1/22/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 47.68 | Millen, Press - 01/22/25 - Deposition of Jim Patnaude - Chicora Alley |
| 17088192 | 1/22/2025 | Fountain, Barbara G. | 115612 | 3.6 | $ 196.62 | HAMPTON INN SUITES GR - Press Millen, 1/22-23/2025 - |
| 17080751 | 1/22/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 375.05 | Millen, Press - 01/22/25 - Deposition of Jim Patnaude |
| | 01/22/2025 –01/24/2025 | Current Ligiting - Jim Patnaude | | | $1,402.44 | Depositions expenses— Patnaude / Lewis (Greenville, SC) |
| | 01/24/2025 - 02/04/2025 | Current Lighting Legal -- Bobby Simpson | | | $ 1,898.08 | Travel and attendance Depositions - Lewis & Perkins |
| | 01/24/2025 - 02/05/2025 | Current Lighting Legal -- Bobby Simpson | | | $ 999.93 | Travel and attendance Deposition - Benton (Chicago) |
| 17080752 | 1/23/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 7.00 | Millen, Press - 01/23/25 - Deposition of Jim Patnaude - Riverplace Parking Garage |
| 17080753 | 1/23/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 7.00 | Millen, Press - 01/23/25 - Deposition of Jim Patnaude - Poinsett Parking Garage |
| 17081621 | 1/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 6.00 | American Express Travel - Press Millen, Travel agency ticketing fee |
| 17092454 | 1/29/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 9.07 | Millen, Press - 01/29/25 - Paul Lewis Deposition - Greenville, SC - Bojangles |
| 17090517 | 1/29/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 22.42 | Federal Express Corporation; 284873826453; Clerk, COLUMBIA, SC |
| 17092455 | 1/29/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 49.04 | Millen, Press - 01/29/25 - Paul Lewis Deposition - Greenville, SC - Lazy Goat |
| 17092453 | 1/29/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 375.05 | Millen, Press - 01/29/25 - Paul Lewis Deposition - Greenville, SC |
| 17092456 | 1/30/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 7.00 | Millen, Press - 01/30/25 - Paul Lewis Deposition - Greenville, SC - Riverplace Parking Garage |
| 17092457 | 1/30/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 7.00 | Millen, Press - 01/30/25 - Paul Lewis Deposition - Greenville, SC - Poinsett Parking Garage |
| 17087256 | 1/31/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 146.78 | Carroll, Todd - 01/31/25 - Travel to Greenville office for the deposition of Brad Perkins |
| 17094623 | 2/3/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 48.23 | Millen, Press - 02/03/25 - Deposition of Tom Benton - Chicago - Hyatt Place Chicago Downtown - The Loop |
| 17094627 | 2/3/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 58.75 | Millen, Press - 02/03/25 - Deposition of Tom Benton - Chicago - American United Cab |
| 17094624 | 2/3/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 304.05 | Millen, Press - 02/03/25 - Deposition of Tom Benton - Chicago - Hyatt Place Chicago Downtown - The Loop |
| 17081991 | 2/4/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 33.00 | Teresa B. Johnson, CVR-M - Transcript of 12/16/2024 in Case 6:22-4729 RL Mlazgar Associates v. HLI Solutions et al |
| 17094628 | 2/4/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 53.70 | Millen, Press - 02/04/25 - Deposition of Tom Benton - Chicago - Sun Taxi |
| 17094625 | 2/4/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 60.29 | Millen, Press - 02/04/25 - Deposition of Tom Benton - Chicago - Hilton Chicago O'Hare Airport |
| 17094626 | 2/4/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 275.14 | Millen, Press - 02/04/25 - Deposition of Tom Benton - Chicago - Hilton Chicago O'Hare Airport |
| 17094629 | 2/5/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 13.96 | Millen, Press - 02/05/25 - Deposition of Tom Benton - Chicago - Great American Bagel |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17094630 | 2/5/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 42.00 | Millen, Press - 02/05/25 - Deposition of Tom Benton - Chicago - RDU Central Parking |
| 17084608 | 2/5/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 757.34 | Legal Eagle - Deposition of James Patnaude |
| | 02/10/2025 | Current Lighting Legal - Jason Fokens | | | $ 3.00 | Travel agency fees - Mlazgar deposition in MN |
| | 02/10/2025 | Current Lighting Legal - Jason Fokens | | | $ 3.00 | Travel agency fees - Mlazgar deposition in MN |
| | 02/10/2025 | Current Lighting Legal - Jason Fokens | | | $ 350.89 | Airfare - Mlazgar deposition in MN |
| | 2/12/2025 | HKA Global, LLC. | | | $ 127,645.00 | Expert Invoice for Julie Saitz (HLI and LiteControl) |
| 17088083 | 2/14/2025 | Yingling, Donna H. | 115612 | 3.6 | $ 882.36 | Legal Eagle - Deposition transcript of Brad Perkins on 1/31/2025 |
| 17087228 | 2/14/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 889.38 | Legal Eagle - Deposition of Paul Lewis |
| 17088364 | 2/18/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 1,641.55 | Veritext (all locations) - Deposition of Thomas Benton |
| | 02/18/2025 | Current Lighting Legal - Jason Fokens | | | $ 3.00 | Travel agency fees - Mlazgar deposition in MN |
| | 02/18/2025 | Current Lighting Legal - Jason Fokens | | | $ 18.47 | Meal - Mlazgar deposition |
| | 02/18/2025 | Current Lighting Legal - Jason Fokens | | | $ 26.29 | Hotel - Mlazgar deposition in MN |
| | 02/18/2025 | Current Lighting Legal - Jason Fokens | | | $ 175.00 | Hotel - Mlazgar deposition in MN |
| | 02/19/2025 | Current Lighting Legal - Jason Fokens | | | $ 6.49 | Employee Meal (Dinner) - MINNEAPOLIS HOTEL, THE DEPOT |
| | 02/19/2025 | Current Lighting Legal - Jason Fokens | | | $ 23.54 | Meal - ELEVATE CAFE QPS |
| | 02/19/2025 | Current Lighting Legal - Jason Fokens | | | $ 27.80 | Hotel - Mlazgar deposition in MN |
| | 02/19/2025 | Current Lighting Legal - Jason Fokens | | | $ 104.24 | Uber from MSP airport to hotel |
| | 02/19/2025 | Current Lighting Legal - Jason Fokens | | | $ 185.00 | Hotel - Mlazgar deposition in MN |
| | 02/19/2025 | Current Lighting Legal - Jason Fokens | | | $ 228.73 | Meal - Mlazgar deposition |
| | 02/20/2025 | Current Lighting Legal - Jason Fokens | | | $ 6.49 | Meal - Mlazgar deposition |
| | 02/20/2025 | Current Lighting Legal - Jason Fokens | | | $ 21.20 | Uber at Mlazgar deposition |
| | 02/20/2025 | Current Lighting Legal - Jason Fokens | | | $ 23.87 | Meal - Mlazgar deposition |
| | 02/20/2025 | Current Lighting Legal - Jason Fokens | | | $ 24.00 | Travel agency fees - Mlazgar deposition in MN |
| | 02/20/2025 | Current Lighting Legal - Jason Fokens | | | $ 24.94 | Hotel - Mlazgar deposition in MN |
| | 02/20/2025 | Current Lighting Legal - Jason Fokens | | | $ 166.00 | Hotel - Mlazgar deposition in MN |
| | 02/20/2025 | Current Lighting Legal - Jason Fokens | | | $ 189.39 | Meal - Mlazgar deposition |
| | 02/20/2025 | Current Lighting Legal - Jason Fokens | | | $ 520.49 | Airfare - Mlazgar deposition in FL |
| 30859725 | 2/21/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 686.70 | Millen, Press - 02/21/25 - Depositions of Justin Hendrickson and Steve Kohl - Minneapolis, MN - Renaissance Minneapolis Depot |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17102640 | 2/21/2025 | Jones, Sarah J. | 115612 | 3.6 | $ 999.58 | Legal Eagle - Videotaped Deposition of Todd Roy and Transcription |
| | 02/21/2025 | Current Lighting Legal - Jason Fokens | | | $ 21.20 | Uber - to airport |
| | 02/21/2025 | Current Lighting Legal - Jason Fokens | | | $ 25.66 | Meal - Mlazgar deposition |
| | 02/21/2025 | Current Lighting Legal - Jason Fokens | | | $ 56.32 | Meal - Mlazgar deposition |
| | 02/21/2025 | Current Lighting Legal - Jason Fokens | | | $ 96.56 | Uber from Airport (CLE) to home |
| | 02/21/2025 | Current Lighting Legal - Jason Fokens | | | $ 158.00 | Parking at CLE airport - Mlazgar deposition in MN |
| 30859728 | 2/23/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 42.00 | Millen, Press - 02/23/25 - Mark Mlazgar Deposition in Fort Myers - Park Central |
| 30859727 | 2/23/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 50.37 | Millen, Press - 02/23/25 - Mark Mlazgar Deposition in Fort Myers |
| 30859732 | 2/23/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 52.80 | Millen, Press - 02/23/25 - Mark Mlazgar Deposition in Fort Myers - Boca Transportation Moving LLC |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 1.90 | Hotel - Mlazgar deposition in FL |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 2.08 | Parking Mlazgar deposition in FL |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 2.47 | Hotel - Mlazgar deposition in FL |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 3.13 | Meal -Mlazgar deposition in FL |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 21.27 | Meal -Mlazgar deposition in FL |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 32.00 | Parking Mlazgar deposition in FL |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 59.53 | Meal -Mlazgar deposition in FL |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 75.00 | Meal -Mlazgar deposition in FL |
| | 02/23/2025 | Current Lighting Legal - Jason Fokens | | | $ 250.00 | Hotel - Mlazgar deposition in FL |
| 30859726 | 2/24/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 39.62 | Millen, Press - 02/24/25 - Mark Mlazgar Deposition in Fort Myers - Izzy's Fish and Oyster |
| | 02/24/2025 | Current Lighting Legal - Jason Fokens | | | $ 1.90 | Hotel - Mlazgar deposition in FL |
| | 02/24/2025 | Current Lighting Legal - Jason Fokens | | | $ 2.08 | Hotel - Mlazgar deposition in FL |
| | 02/24/2025 | Current Lighting Legal - Jason Fokens | | | $ 2.47 | Hotel - Mlazgar deposition in FL |
| | 02/24/2025 | Current Lighting Legal - Jason Fokens | | | $ 14.78 | Meal -Mlazgar deposition in FL |
| | 02/24/2025 | Current Lighting Legal - Jason Fokens | | | $ 32.00 | Parking Mlazgar deposition in FL |
| | 02/24/2025 | Current Lighting Legal - Jason Fokens | | | $ 40.43 | Meal -Mlazgar deposition in FL |
| | 02/24/2025 | Current Lighting Legal - Jason Fokens | | | $ 73.74 | Meal -Mlazgar deposition in FL |
| | 02/24/2025 | Current Lighting Legal - Jason Fokens | | | $ 250.00 | Hotel - Mlazgar deposition in FL |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17091949 | 2/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 6.00 | American Express Travel - Pressly Millen, travel agency service fee |
| 30859730 | 2/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 24.52 | Millen, Press - 02/25/25 - Mark Mlazgar Deposition in Fort Myers - Beaches Boardwalk Cafe |
| 17091953 | 2/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 40.00 | American Express Travel - Pressly Millen, travel agency service fee |
| 30859729 | 2/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 78.64 | Millen, Press - 02/25/25 - Mark Mlazgar Deposition in Fort Myers - Uber |
| 30859731 | 2/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 561.92 | Millen, Press - 02/25/25 - Mark Mlazgar Deposition in Fort Myers - Tapestry Collection Hilton |
| 17091952 | 2/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 623.36 | American Express Travel - Pressly Millen, 02/23/25 - Fort Myers, FL |
| 17091950 | 2/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 873.62 | American Express Travel - Pressly Millen, 02/03/25 - Chicago, IL |
| 17091951 | 2/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 1,022.97 | American Express Travel - Pressly Millen, 02/18/25 - Minneaplis, MN |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 0.26 | Hotel - Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 1.04 | Hotel - Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 3.00 | Travel agency fees - Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 4.00 | Meal -Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 7.47 | Meal -Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 8.00 | Meal -Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 16.00 | Meal -Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 20.00 | Meal -Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 26.30 | Meal -Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 38.00 | Hotel - Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 121.00 | Parking at hotel - Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 819.02 | Hotel - Mlazgar deposition in FL |
| | 02/25/2025 | Current Lighting Legal - Jason Fokens | | | $ 1,009.18 | Airfare - Mlazgar litigation - deposition in FL |
| | 02/26/2025 | Current Lighting Legal - Jason Fokens | | | $ 190.89 | Rental car - Mlazgar deposition in FL |
| 17091751 | 2/28/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 781.25 | Legal Eagle - Deposition of Steve Kohl |
| 17092352 | 2/28/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 2,059.55 | Veritext (all locations) - Deposition of Kristopher A. Boushie, CPA |
| | 02/28/2025 | Current Lighting Legal - Jason Fokens | | | $ 606.02 | Airfare - Mlazgar medition - Greenville |
| 30859740 | 3/5/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 9.05 | Millen, Press - 03/05/25 - Mediation in Greenville - Bojangles |
| 17094360 | 3/5/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 1,529.80 | Veritext (all locations) - Deposition of Jon Kirkhoff |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 03/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 0.67 | Hotel in Greenville - Mlazgar mediation |
| | 03/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 7.42 | Hotel in Greenville - Mlazgar mediation |
| | 03/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 11.13 | Hotel in Greenville - Mlazgar mediation |
| | 03/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 16.00 | Parking fee at hotel - Mlazgar mediation |
| | 03/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 18.47 | Meal Mlazgar mediation |
| | 03/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 18.55 | Hotel in Greenville - Mlazgar mediation |
| | 03/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 371.00 | Hotel in Greenville - Mlazgar mediation |
| | 03/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 379.22 | Hotel in Greenville - Mlazgar mediation |
| 30859741 | 3/6/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 7.00 | Millen, Press - 03/06/25 - Mediation in Greenville - Riverplace Parking Garage |
| 30859742 | 3/6/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 7.00 | Millen, Press - 03/06/25 - Mediation in Greenville - Poinsett Parking Garage |
| 30859739 | 3/6/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 324.73 | Millen, Press - 03/06/25 - Mediation in Greenville - Hampton Inn |
| 30859738 | 3/6/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 375.40 | Millen, Press - 03/06/25 - Mediation in Greenville |
| 17094703 | 3/6/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 1,818.00 | Veritext (all locations) - Deposition of Justin Hendrickson |
| | 03/06/2025 | Current Lighting Legal - Jason Fokens | | | $ 6.40 | Meal Mlazgar mediation |
| | 03/06/2025 | Current Lighting Legal - Jason Fokens | | | $ 9.97 | Meal Mlazgar mediation |
| | 03/06/2025 | Current Lighting Legal - Jason Fokens | | | $ 24.00 | Travel agency fee Mlazgar mediation |
| | 03/06/2025 | Current Lighting Legal - Jason Fokens | | | $ 84.00 | Parking at airport - Mlazgar mediation |
| 17095794 | 3/7/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 2,601.76 | Legal Eagle - Deposition of Mark Mlazgar |
| 17101711 | 3/25/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 101.00 | American Express Travel - Press Millen, 02/21/25 - Raleigh, NC |
| 30871595 | 4/29/2025 | Quinlan, Ann K. | 115612 | 3.6 | $ 22.23 | Federal Express Corporation; 288094295209; Vice President and General Counsel, Jason Fokens, CLEVELAND, OH |
| | 04/29/2025 | Current Lighting Legal - Jason Fokens | | | $ 751.90 | Airfare to Greenville - Tom Boyle deposition preparation |
| 30877413 | 5/1/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 20.82 | Federal Express Corporation; 288195695025; Womble Bond Dickinson, Todd Carroll, COLUMBIA, SC |
| | 05/04/2025 | Current Lighting Legal - Jason Fokens | | | $ 23.26 | Meal - Tom Boyle deposition preparation |
| | 05/04/2025 | Current Lighting Legal - Jason Fokens | | | $ 164.13 | Rental car - Tom Boyle deposition preparation |
| | 05/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 7.37 | Meal - Tom Boyle deposition preparation |
| | 05/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 27.37 | Meal - Tom Boyle deposition preparation |
| | 05/05/2025 | Current Lighting Legal - Jason Fokens | | | $ 66.80 | Meal - Tom Boyle deposition preparation |

| | | | | | | |
|---|---|---|---|---|---|---|
| 30873477 | 5/6/2025 | Rider, John R. | 115612 | 3.6 | $ 343.57 | Hyatt Regency Cleveland - Lodging in Cleveland for Todd Carrol on 05/08/2025 - |
| | 05/06/2025 | Current Lighting Legal - Jason Fokens | | | $ 58.87 | Meal - Tom Boyle deposition preparation |
| | 05/07/2025 | Current Lighting Legal - Jason Fokens | | | $ 7.77 | Gas rental car - Tom Boyle deposition preparation |
| | 05/07/2025 | Current Lighting Legal - Jason Fokens | | | $ 28.47 | Meal - Tom Boyle deposition preparation |
| | 05/07/2025 | Current Lighting Legal - Jason Fokens | | | $ 118.99 | Parking at CLE airport -Tom Boyle deposition preparation |
| 30879278 | 5/8/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 15.05 | Carroll, Todd - 05/08/25 - Travel to Cleveland, OH for 30(b)(6) Deposition - Starbucks |
| 30879274 | 5/8/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 22.39 | Carroll, Todd - 05/08/25 - Travel to Cleveland, OH for 30(b)(6) Deposition - Shake Shack - Dinner |
| 30879279 | 5/8/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 42.96 | Carroll, Todd - 05/08/25 - Travel to Cleveland, OH for 30(b)(6) Deposition - Uber from airport to hotel |
| 30879273 | 5/8/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 54.00 | Carroll, Todd - 05/08/25 - Travel to Cleveland, OH for 30(b)(6) Deposition - Charlotte Douglas International Airport - Airport Parking |
| 30879281 | 5/8/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 64.06 | Carroll, Todd - 05/08/25 - Travel to Cleveland, OH for 30(b)(6) Deposition |
| 30879275 | 5/9/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 4.19 | Carroll, Todd - 05/09/25 - Travel to Cleveland, OH for 30(b)(6) Deposition - Water - Hudson News |
| 30879277 | 5/9/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 22.07 | Carroll, Todd - 05/09/25 - Travel to Cleveland, OH for 30(b)(6) Deposition - Shake Shack |
| 30879280 | 5/9/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 37.94 | Carroll, Todd - 05/09/25 - Travel to Cleveland, OH for 30(b)(6) Deposition - Uber from hotel to airport |
| 30879276 | 5/9/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 60.53 | Carroll, Todd - 05/09/25 - Travel to Cleveland, OH for 30(b)(6) Deposition - Hyatt Regency Cleveland |
| 30879282 | 5/9/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 63.56 | Carroll, Todd - 05/09/25 - Travel to Cleveland, OH for 30(b)(6) Deposition |
| | 05/09/2025 | Current Lighting Legal - Jason Fokens | | | $ 29.63 | Parking - Tom Boyle deposition |
| | 05/09/2025 | Current Lighting Legal - Jason Fokens | | | $ 60.41 | Meal - Tom Boyle deposition |
| 30878046 | 5/19/2025 | Jones, Sarah J. | 115612 | 3.6 | $ 722.90 | Legal Eagle - Transcripts of Deposition of Robert Roy |
| 30879880 | 5/25/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 678.96 | American Express Travel - Todd Carroll, 05/08/25 - Cleveland, OH |
| 30888212 | 5/27/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 1,700.85 | Veritext (all locations) - Thomas J. Boyle Deposition Transcripts |
| 30911596 | 6/4/2025 | Carroll, M. Todd | 115612 | 3.6 | $ 146.78 | Carroll, Todd - 06/04/25 - Travel to and from Greenville, SC |
| 30946582 | 9/10/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 526.50 | FACTS Reporting - 30(b)(6) Deposition of Mlazgar |
| 30960727 | 9/30/2025 | Millen, Pressly M. | 115612 | 3.6 | $ 1,191.00 | FACTS Reporting - Transcript of deposition of R.L. Mlazgar Associates, Inc. |
| | 01/02/2026 - 01/19/2026 | Current Lighting Legal -- Bobby Simpson | | | $ 510.78 | Travel and attendance Mediation Session II (Miami) |
| | 01/12/2026 | Current Lighting Legal - Jason Fokens | | | $ 19.37 | Mlzagar mediation - hotel |
| | 01/12/2026 | Current Lighting Legal - Jason Fokens | | | $ 39.40 | Meal - Mlzagar mediation |
| | 01/12/2026 | Current Lighting Legal - Jason Fokens | | | $ 149.00 | Hotel - Mlzagar mediation |

EXHIBIT B.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | 01/13/2026 | Current Lighting Legal - Jason Fokens | | | $ 14.38 | Meal Mlazgar mediation |
| | 01/13/2026 | Current Lighting Legal - Jason Fokens | | | $ 32.21 | Hotel - Mlzagar mediation |
| | 01/13/2026 | Current Lighting Legal - Jason Fokens | | | $ 79.32 | Meal - Mlazgar mediation |
| | 01/13/2026 | Current Lighting Legal - Jason Fokens | | | $ 149.00 | Hotel Mlazgar mediation |
| 31028188 | 1/14/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 9.15 | Millen, Press - 01/14/26 - Mediation in Greenville - lunch - Chick-fil-A |
| 31028189 | 1/14/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 354.95 | Millen, Press - 01/14/26 - Mediation in Greenville - dinner with Clients - Jason Fokens (GC), Bobby Simpson (Asst GC), and Steve Harris (CEO) - Soby's |
| | 01/14/2026 | Current Lighting Legal - Jason Fokens | | | $ 7.11 | Meal Mlazgar mediation |
| | 01/14/2026 | Current Lighting Legal - Jason Fokens | | | $ 9.17 | Meal Mlazgar mediation |
| | 01/14/2026 | Current Lighting Legal - Jason Fokens | | | $ 32.21 | Hotel - Mlazgar mediation |
| | 01/14/2026 | Current Lighting Legal - Jason Fokens | | | $ 149.00 | Hotel Mlazgar mediation |
| 31028187 | 1/15/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 7.00 | Millen, Press - 01/15/26 - Mediation in Greenville - parking - Poinsett Parking Garage |
| 31032154 | 1/15/2026 | Fountain, Barbara G. | 115612 | 3.6 | $ 190.97 | HAMPTON INN SUITES GR- Press Millen 01/14/2026 - 01/15/2026 - |
| 31028186 | 1/15/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 389.33 | Millen, Press - 01/15/26 - Mediation in Greenville - mileage |
| | 01/15/2026 | Current Lighting Legal - Jason Fokens | | | $ 432.80 | Meal Mlazgar mediation |
| | 01/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 10.33 | Meal Mlazgar mediation |
| | 01/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 21.48 | Meal Mlazgar mediation |
| | 01/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 63.97 | Mlzagar medition - uber |
| | 01/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 149.99 | Hotel Mlazgar mediation |
| | 01/19/2026 | Current Lighting Legal - Jason Fokens | | | $ 167.69 | Mlazgar mediation - rental car |
| | 02/24/2025 - 02/26/2025 | Current Lighting Legal -- Bobby Simpson | | | $ 590.24 | Travel and attendance Deposition - M. Mlazgar (Fort Myers) |
| | 02/27/2025 - 03/11/2025 | Current Lighting Legal -- Bobby Simpson | | | $ 1,467.69 | Travel and attendance Mediation Session (Greenville, SC) |
| 31118028 | 6/15/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 939.00 | Veritext (all locations) - Videotaped deposition of Jon Kirkhoff |
| 31118014 | 6/15/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 1,079.00 | Veritext (all locations) - Videotaped deposition of Justin Hendrickson |
| 31135704 | 6/25/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 6.00 | AMERICAN EXPRESS TICKET FEE - MILLEN/PRESSLY MCAULEY TKT# 8905601318544 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31135705 | 6/25/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 6.00 | AMERICAN EXPRESS TICKET FEE - MILLEN/PRESSLY MCAULEY TKT# 8905601462936 |
| | 06/29/2026 - 07/10/2026 | Current Lighting Legal -- Bobby Simpson | | | $ 1,556.30 | Travel and attendance of trial Witness Preparation (Raleigh/Charlotte, NC) |
| | 07/06/2026 –07/08/2026 | Current Ligiting - Jim Patnaude | | | $1,503.64 | Expenses re Meeting with Press Millen (Raleigh, NC) |
| 31141485 | 7/14/2026 | Jones, Sarah J. | 115612 | 3.6 | $ 11.50 | USPS PO 4518210202 : Postage - Courtesy Copy of HLI & Litecontrol's Motion exceeding 25 pages sent to Judge : |
| | 07/17/2026 - 09/04/2026 | Current Lighting Legal -- Bobby Simpson | | | $ 6,769.83 | Travel and attendance Trial Preparation / Trial Planning (Greenville, SC) |
| 31148333 | 7/21/2026 | Rushing, Autumn J. | 115612 | 3.6 | $ 1.12 | Mileage : Autumn Rushing : Drop off documents to Judge Austin on behalf of Todd Carroll : 07/21/26 |
| 31146081 | 7/22/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 113.19 | Mileage : Dan Knopsnyder : Current Lighting Trial : 07/22/26 |
| 31146084 | 7/23/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 10.00 | Travel/Lodging : Dan Knopsnyder : Current Lighting Trial : Greenville Parking : 07/23/26 |
| 31146082 | 7/23/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 113.17 | Mileage : Dan Knopsnyder : Current Lighting Trial : 07/23/26 |
| 31146083 | 7/23/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 235.66 | Travel/Lodging : Dan Knopsnyder : Current Lighting Trial : Hyatt Regency : 07/23/26 |
| 31151295 | 7/25/2026 | | 115612 | 3.6 | $ 6.00 | AMERICAN EXPRESS TICKET FEE - 07/14/2026 - KNOPSNYDER/DANIEL JACKS TKT# 8905714366913 |
| 31155353 | 7/29/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 75.88 | Meals/Ent : Press Millen : Trial preparation in Greenville : Lazy Goat : 07/29/26 |
| 31155707 | 7/30/2026 | Rushing, Autumn J. | 115612 | 3.6 | $ 1.12 | Mileage : Autumn Rushing : Drop off boxes for Judge Austin on behalf of Press Millan : 07/30/26 |
| 31155355 | 7/30/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 17.16 | Meals/Ent : Press Millen : Trial preparation in Greenville : Rainer's Cafe : 07/30/26 |
| 31155356 | 7/31/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 17.16 | Meals/Ent : Press Millen : Trial preparation in Greenville : Rainer's Cafe : 07/31/26 |
| 31155354 | 7/31/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 28.00 | Travel/Lodging : Press Millen : Trial preparation in Greenville : Riverplace Parking Garage : 07/31/26 |
| 31155352 | 7/31/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 389.33 | Mileage : Press Millen : Trial preparation in Greenville : 07/31/26 |
| 31160933 | 8/3/2026 | Rushing, Autumn J. | 115612 | 3.6 | $ 1.12 | Mileage : Autumn Rushing : Drop off documents to Judge Austin on behalf of Todd Carroll : 08/03/26 |
| | 08/03/2026 | Current Lighting Legal - Jason Fokens | | | $ 3.15 | Travel agency fee for airfare |
| | 08/03/2026 | Current Lighting Legal - Jason Fokens | | | $ 28.35 | Travel agency fee for airfare |
| | 08/03/2026 | Current Lighting Legal - Jason Fokens | | | $ 408.36 | Airfare to Greenville - Mlazgar trial - jury selection |
| 31157799 | 8/6/2026 | Carroll, M. Todd | 115612 | 3.6 | $ 150.15 | Mileage : Todd Carroll : Round trip travel to Greenville, SC for hearing in the Mlazgar v. HLI & Litecontrol matter : 08/06/26 |
| 31177655 | 8/9/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 19.00 | Travel/Lodging : Press Millen : Attend trial in Greenville, SC - Aug 9 to Aug 11, 2026 - Hotel parking : Courtyard by Marriott Greenville Downtown : 08/09/26 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31177658 | 8/9/2026 | Millen, Pressly M. | 115612 | 3.6 | $ | 376.29 | Travel/Lodging : Press Millen : Attend trial in Greenville, SC - Aug 9 to Aug 11, 2026 - Hotel lodging, taxes, and fees : Courtyard by Marriott Greenville Downtown : 08/09/26 |
| 31177654 | 8/9/2026 | Millen, Pressly M. | 115612 | 3.6 | $ | 389.32 | Mileage : Press Millen : Attend trial in Greenville, SC - Aug 9 to Aug 11, 2026 - Mileage : 08/09/26 |
| | 08/09/2026 | Current Lighting Legal - Jason Fokens | | | $ | 5.37 | Hotel charge - Mlazgar jury selection |
| | 08/09/2026 | Current Lighting Legal - Jason Fokens | | | $ | 12.54 | Hotel charge - Mlazgar jury selection |
| | 08/09/2026 | Current Lighting Legal - Jason Fokens | | | $ | 22.57 | Meal - Mlazgar jury selection |
| | 08/09/2026 | Current Lighting Legal - Jason Fokens | | | $ | 28.00 | Parking at hotel - Mlazgar jury selection |
| | 08/09/2026 | Current Lighting Legal - Jason Fokens | | | $ | 179.10 | Hotel charge - Mlazgar jury selection |
| 31177657 | 8/10/2026 | Millen, Pressly M. | 115612 | 3.6 | $ | 8.94 | Travel/Lodging : Press Millen : Attend trial in Greenville, SC - Aug 9 to Aug 11, 2026 - Hotel meal : Courtyard by Marriott Greenville Downtown : 08/10/26 |
| 31177656 | 8/10/2026 | Millen, Pressly M. | 115612 | 3.6 | $ | 19.00 | Travel/Lodging : Press Millen : Attend trial in Greenville, SC - Aug 9 to Aug 11, 2026 - Hotel parking : Courtyard by Marriott Greenville Downtown : 08/10/26 |
| 31166050 | 8/10/2026 | Fountain, Barbara G. | 115612 | 3.6 | $ | 65.47 | Barbara Fountain : Trial preparation - Bobby, Jason, Todd Carroll, Press Millen : RAINERS CAFE : |
| 31177687 | 8/10/2026 | Carroll, M. Todd | 115612 | 3.6 | $ | 159.46 | Mileage : Todd Carroll : Mileage from Columbia to Greenville and return to Columbia (Jury Selection) : 08/10/26 |
| | 08/10/2026 –08/11/2026 | Current Ligiting - Jim Patnaude | | | | $308.68 | Expenses re Meeting with Press Millen (Greenville, SC) |
| | 08/10/2026 | Current Lighting Legal - Jason Fokens | | | $ | 6.72 | Hotel charge - Mlazgar jury selection |
| | 08/10/2026 | Current Lighting Legal - Jason Fokens | | | $ | 15.69 | Hotel charge - Mlazgar jury selection |
| | 08/10/2026 | Current Lighting Legal - Jason Fokens | | | $ | 28.00 | Parking at hotel - Mlazgar jury selection |
| | 08/10/2026 | Current Lighting Legal - Jason Fokens | | | $ | 48.53 | Meal - Mlazgar jury selection |
| | 08/10/2026 | Current Lighting Legal - Jason Fokens | | | $ | 52.66 | Meal - Mlazgar jury selection |
| | 08/10/2026 | Current Lighting Legal - Jason Fokens | | | $ | 224.10 | Hotel charge - Mlazgar jury selection |
| | 08/10/2026 | Current Lighting Legal - Jason Fokens | | | $ | 257.61 | Dinner - Mlazgar jury selection |
| 31177659 | 8/11/2026 | Millen, Pressly M. | 115612 | 3.6 | $ | 8.00 | Travel/Lodging : Press Millen : Attend trial in Greenville, SC - Aug 9 to Aug 11, 2026 - Parking in Greenville : Riverplace Parking Garage : 08/11/26 |
| 31177660 | 8/11/2026 | Millen, Pressly M. | 115612 | 3.6 | $ | 9.41 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 9 to Aug 11, 2026 - Lunch : Chick-Fil-A : 08/11/26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 08/11/2026 | Current Lighting Legal - Jason Fokens | | | $ 3.69 | Meal - Mlazgar jury selection |
| | 08/11/2026 | Current Lighting Legal - Jason Fokens | | | $ 17.16 | Meal - Mlazgar jury selection |
| | 08/11/2026 | Current Lighting Legal - Jason Fokens | | | $ 26.26 | Meal - Mlazgar jury selection |
| | 08/11/2026 | Current Lighting Legal - Jason Fokens | | | $ 78.00 | Parking at airport - Mlazgar jury selection |
| 31166051 | 8/12/2026 | Fountain, Barbara G. | 115612 | 3.6 | $ 49.80 | Barbara Fountain : Trial preparation - Bobby, Jim, Todd Carroll : RAINERS CAFE : |
| 31177688 | 8/12/2026 | Carroll, M. Todd | 115612 | 3.6 | $ 159.46 | Mileage : Todd Carroll : Mileage from Columbia to Greenville and return to Columbia (Jim Farrell trial prep) : 08/12/26 |
| 31166104 | 8/13/2026 | Rushing, Autumn J. | 115612 | 3.6 | $ 1.64 | Mileage : Autumn Rushing : Dropped off package at Federal Courthouse for Judge Austin on behalf of Todd Carroll : 08/13/26 |
| 31174670 | 8/13/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 10.00 | Travel/Lodging : Ann Quinlan : Travel to Greenville for Trial - Parking : City of Greenville Parking Services : 08/13/26 |
| 31175944 | 8/13/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 30.92 | Travel/Lodging : Dan Knopsnyder : Trial team - Honey and Oak : Residence Inn : 08/13/26 |
| 31167734 | 8/13/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 43.09 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : Food Lion : 08/13/26 |
| 31167733 | 8/13/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 113.93 | Mileage : Dan Knopsnyder : Current Lighting Trial : 08/13/26 |
| 31175942 | 8/13/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 827.16 | Travel/Lodging : Ann Quinlan : Travel to Greenville to Attend Trial - Hotel for August 13th-15th : Residence Inn by Marriott : 08/13/26 |
| 31176579 | 8/14/2026 | Fountain, Barbara G. | 115612 | 3.6 | $ 6.36 | Travel/Lodging : Barbara Fountain : Press Millen - August 14-16, 2026, drink : HAMPTON INN & SUITES GRE : 08/14/26 |
| 31175948 | 8/14/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 10.60 | Travel/Lodging : Dan Knopsnyder : Trial team : Residence Inn : 08/14/26 |
| 31177662 | 8/14/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 20.00 | Travel/Lodging : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Parking in Greenville : Riverplace Parking Garage : 08/14/26 |
| 31167735 | 8/14/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 42.64 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : Trio Brick Oven : 08/14/26 |
| 31177663 | 8/14/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 44.98 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Dinner : Konnichiwa of Greenville : 08/14/26 |
| 31177689 | 8/14/2026 | Carroll, M. Todd | 115612 | 3.6 | $ 159.46 | Mileage : Todd Carroll : Mileage from Columbia to Greenville and return to Columbia (pretrial hearing) : 08/14/26 |
| 31174669 | 8/14/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 375.29 | Mileage : Ann Quinlan : Travel to Greenville for Trial - Mileage to and from Greenville : 08/14/26 |
| 31177661 | 8/14/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 389.32 | Mileage : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Mileage : 08/14/26 |
| | 08/14/2026 | Current Lighting Legal - Jason Fokens | | | $ 111.80 | Rental car - Mlazgar jury selection |
| 31177664 | 8/15/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 17.16 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Lunch : Rainer's Cafe + Bar : 08/15/26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31174680 | 8/15/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 33.89 | Meals/Ent : Ann Quinlan : Travel to Greenville for Trial - Dinner : Sushi Murasaki : 08/15/26 |
| 31167736 | 8/15/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 39.90 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : Yee Haw Brewing Company : 08/15/26 |
| 31177665 | 8/15/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 40.90 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Dinner : Grill Marks : 08/15/26 |
| 31167738 | 8/16/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 10.00 | Travel/Lodging : Dan Knopsnyder : Current Lighting Trial : Greenville Parking : 08/16/26 |
| 31174671 | 8/16/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 10.00 | Travel/Lodging : Ann Quinlan : Travel to Greenville for Trial - Parking : City of Greenville Parking Services : 08/16/26 |
| 31177666 | 8/16/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 10.00 | Travel/Lodging : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Parking in Greenville : Riverplace Parking Garage : 08/16/26 |
| 31167737 | 8/16/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 30.00 | Travel/Lodging : Dan Knopsnyder : Current Lighting Trial : Spring St Parking : 08/16/26 |
| 31174672 | 8/16/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 30.00 | Travel/Lodging : Ann Quinlan : Travel to Greenville for Trial - Parking : City of Greenville Parking Services : 08/16/26 |
| 31177667 | 8/16/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 37.54 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Dinner : Ink N Ivy : 08/16/26 |
| 31167739 | 8/16/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 38.80 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : Spinx Market : 08/16/26 |
| 31177690 | 8/16/2026 | Carroll, M. Todd | 115612 | 3.6 | $ 79.72 | Mileage : Todd Carroll : Mileage from Columbia to Greenville (trial beginning) : 08/16/26 |
| 31176578 | 8/16/2026 | Fountain, Barbara G. | 115612 | 3.6 | $ 359.34 | Barbara Fountain : Press Millen - August 14-16, 2026 : HAMPTON INN & SUITES GRE : |
| | 08/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 6.30 | Travel agency fees - Mlazgar trial |
| | 08/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 21.57 | Meal - Mlazgar trial |
| | 08/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 30.00 | Uber - Mlazgar trial |
| | 08/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 31.50 | Travel agency fees - Mlazgar trial |
| | 08/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 45.00 | Airfare - from GSP to CLE - travel home after Mlazgar trial |
| | 08/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 150.04 | Meal - Mlazgar trial |
| | 08/16/2026 | Current Lighting Legal - Jason Fokens | | | $ 669.40 | Airfare - from CLE to GSP - travel Mlazgar trial |
| | 8/16/2026-8/27/2026 | Current Lighting Legal -- General Counsel's Office and WBD team | | | $ 20,592.96 | Hotel accomodations for legal representatives and counsel of record with team |
| 31167740 | 8/17/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 9.15 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : Yee Haw : 08/17/26 |
| 31167741 | 8/17/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 22.25 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : Yee Haw : 08/17/26 |
| 31177669 | 8/17/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 29.84 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Dinner : Crust & Craft : 08/17/26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31174677 | 8/17/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 34.80 | Meals/Ent : Ann Quinlan : Travel to Greenville for Trial - Dinner : Oriental House Chinese Restaurant : 08/17/26 |
| 31177668 | 8/17/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 36.24 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Dinner : Indaco Greenville : 08/17/26 |
| | 08/17/2026 | Current Lighting Legal - Jason Fokens | | | $ 441.22 | Meal - Mlazgar trial |
| 31175945 | 8/18/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 42.26 | Travel/Lodging : Dan Knopsnyder : Trial team - Honey and Oak : Residence Inn : 08/18/26 |
| | 08/18/2026 | Current Lighting Legal - Jason Fokens | | | $ 699.24 | Meal - Mlazgar trial |
| 31166105 | 8/19/2026 | Rushing, Autumn J. | 115612 | 3.6 | $ 1.12 | Mileage : Autumn Rushing : Drop off package to Ann Quinlan at trial : 08/19/26 |
| 31174675 | 8/19/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 14.89 | Meals/Ent : Ann Quinlan : Travel to Greenville for Trial - Dinner : Chicken Salad Chick : 08/19/26 |
| 31177670 | 8/19/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 38.59 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 14 to Aug 19, 2026 - Dinner : Ink N Ivy : 08/19/26 |
| | 08/19/2026 | Current Lighting Legal - Jason Fokens | | | $ 134.24 | Meal - Mlazgar trial |
| 31174679 | 8/20/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 39.57 | Meals/Ent : Ann Quinlan : Travel to Greenville for Trial - Dinner : Sushi Murasaki : 08/20/26 |
| 31167743 | 8/20/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 46.15 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : Grill Marks : 08/20/26 |
| 31167742 | 8/21/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 50.00 | Travel/Lodging : Dan Knopsnyder : Current Lighting Trial : Spring street parking : 08/21/26 |
| 31167744 | 8/21/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 66.18 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : TakoSushi : 08/21/26 |
| | 8/21/2026 | | | | $ 3,862.80 | Invoice from Theresa Shenk (court reporter for trial) |
| | 08/21/2026 | Current Lighting Legal - Jason Fokens | | | $ 17.99 | Meal - Mlazgar trial |
| | 08/21/2026 | Current Lighting Legal - Jason Fokens | | | $ 28.00 | Meal - Mlazgar trial |
| | 08/21/2026 | Current Lighting Legal - Jason Fokens | | | $ 74.48 | Meal - Mlazgar trial |
| | 08/21/2026 | Current Lighting Legal - Jason Fokens | | | $ 156.90 | Meal - Mlazgar trial |
| | 08/21/2026 | Current Lighting Legal - Jason Fokens | | | $ 224.92 | Meal - Mlazgar trial |
| 31167745 | 8/22/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 20.00 | Tips / Gratuities : Dan Knopsnyder : Current Lighting Trial : Residence Inn Staff : 08/22/26 |
| | 08/22/2026 | Current Lighting Legal - Jason Fokens | | | $ 20.12 | Meal - Mlazgar trial |
| | 08/22/2026 | Current Lighting Legal - Jason Fokens | | | $ 141.23 | Meal - Mlazgar trial |
| 31177673 | 8/23/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 17.26 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 23 to Aug 28, 2026 - Lunch : Groucho's Deli Greenville : 08/23/26 |
| 31174676 | 8/23/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 24.30 | Meals/Ent : Ann Quinlan : Travel to Greenville for Trial - Dinner : DoorDash : 08/23/26 |
| 31167747 | 8/23/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 24.36 | Meals/Ent : Dan Knopsnyder : Current Lighting Trial : Target : 08/23/26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31175957 | 8/23/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 24.36 | Meals/Ent : Dan Knopsnyder : Trial team : Target : 08/23/26 |
| 31177674 | 8/23/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 24.98 | Meals/Ent : Press Millen : Attend trial in Greenville, SC - Aug 23 to Aug 28, 2026 - Dinner : Ink N Ivy : 08/23/26 |
| 31167746 | 8/23/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 30.00 | Travel/Lodging : Dan Knopsnyder : Current Lighting Trial : Spring Street Parking : 08/23/26 |
| 31175956 | 8/23/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 33.00 | Meals/Ent : Dan Knopsnyder : Trial team : Yee Haw Brewing : 08/23/26 |
| | 08/23/2026 –08/26/2026 | Current Ligiting - Jim Patnaude | | | $2,617.31 | Trial Testimony expenses (Greenville, SC) |
| 31174674 | 8/23/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 50.00 | Travel/Lodging : Ann Quinlan : Travel to Greenville for Trial - Parking : City of Greenville Parking Services : 08/23/26 |
| 31174673 | 8/23/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 70.00 | Travel/Lodging : Ann Quinlan : Travel to Greenville for Trial - Parking : City of Greenville Parking Services : 08/23/26 |
| 31177671 | 8/23/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 389.32 | Mileage : Press Millen : Attend trial in Greenville, SC - Aug 23 to Aug 28, 2026 - Mileage : 08/23/26 |
| | 08/23/2026 | Current Lighting Legal - Jason Fokens | | | $ 15.04 | Meal - Mlazgar trial |
| | 08/23/2026 | Current Lighting Legal - Jason Fokens | | | $ 33.48 | Dinner - Mlazgar trial |
| | 08/23/2026 | Current Lighting Legal - Jason Fokens | | | $ 169.41 | Dinner - Mlazgar trial |
| 31175949 | 8/24/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 17.49 | Meals/Ent : Dan Knopsnyder : Trial team : CVS : 08/24/26 |
| 31175955 | 8/24/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 102.24 | Meals/Ent : Dan Knopsnyder : Trial team : CANTINFLAS RESTAURANT : 08/24/26 |
| | 08/24/2026 | Current Lighting Legal - Jason Fokens | | | $ 293.00 | Dinner - Mlazgar trial |
| 31173310 | 8/25/2026 | Young, Anna B. | 115612 | 3.6 | $ 1.12 | Mileage : Anna Young : exhibits to courthouse for trial : 08/25/26 |
| 31172763 | 8/25/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 6.00 | American Express - Travel - AMERICAN EXPRESS TICKET FEE - 07/27/2026 - MILLEN/PRESSLY MCAULEY TKT# 8905727129767 |
| 31172766 | 8/25/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 6.00 | American Express - Travel - AMERICAN EXPRESS TICKET FEE - 07/29/2026 - KNOPSNYDER/DANIEL JACKS TKT# 8905729984732 |
| 31172791 | 8/25/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 6.00 | American Express - Travel - AMERICAN EXPRESS TICKET FEE - 08/07/2026 - MILLEN/PRESSLY MCAULEY TKT# 8905807864544 |
| 31172772 | 8/25/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 8.00 | American Express - Travel - AMERICAN EXPRESS TICKET FEE - 08/03/2026 - MILLEN/PRESSLY MCAULEY TKT# 8905803416189 |
| 31175950 | 8/25/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 42.37 | Meals/Ent : Dan Knopsnyder : Trial team : Crust and craft : 08/25/26 |
| 31174678 | 8/25/2026 | Quinlan, Ann K. | 115612 | 3.6 | $ 44.89 | Meals/Ent : Ann Quinlan : Travel to Greenville for Trial - Dinner : Oriental House Chinese Restaurant : 08/25/26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 08/25/2026 | Current Lighting Legal - Jason Fokens | | | $ 28.35 | Travel agency fees - Mlazgar trial |
| | 08/25/2026 | Current Lighting Legal - Jason Fokens | | | $ 256.70 | Dinner - Mlazgar trial |
| 31175954 | 8/26/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 8.00 | Travel/Lodging : Dan Knopsnyder : Trial team : Greenville Parking : 08/26/26 |
| 31177672 | 8/26/2026 | Millen, Pressly M. | 115612 | 3.6 | $ 10.00 | Travel/Lodging : Press Millen : Attend trial in Greenville, SC - Aug 23 to Aug 28, 2026 - Parking in Greenville : Riverplace Parking Garage : 08/26/26 |
| 31175953 | 8/26/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 36.00 | Travel/Lodging : Dan Knopsnyder : Trial team : Spring Street Parking : 08/26/26 |
| 31175947 | 8/27/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 39.60 | Travel/Lodging : Dan Knopsnyder : Trial team - Honey and Oak : Residence Inn : 08/27/26 |
| 31177691 | 8/27/2026 | Carroll, M. Todd | 115612 | 3.6 | $ 79.73 | Mileage : Todd Carroll : Mileage from Greenville to Columbia (trial concluded) : 08/27/26 |
| | 8/27/2026 | | | | $ 2,064.60 | Invoice from Theresa Shenk (court reporter for trial) |
| | 08/27/2026 | Current Lighting Legal - Jason Fokens | | | $ 17.28 | Meal - Mlazgar trial |
| | 08/27/2026 | Current Lighting Legal - Jason Fokens | | | $ 528.16 | Dinner - Mlazgar trial |
| 31175952 | 8/28/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 20.00 | Travel/Lodging : Dan Knopsnyder : Trial team : Spring Street Parking : 08/28/26 |
| 31175951 | 8/28/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 30.00 | Tips / Gratuities : Dan Knopsnyder : Trial team - $15.00 housekeeping; $15.00 valet : Residence Inn House keeping/valet : 08/28/26 |
| 31175946 | 8/28/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 75.84 | Travel/Lodging : Dan Knopsnyder : Trial team - Honey and Oak : Residence Inn : 08/28/26 |
| 31175943 | 8/28/2026 | Knopsnyder, Daniel J. | 115612 | 3.6 | $ 113.14 | Mileage : Dan Knopsnyder : Trial team : 08/28/26 |
| | 08/28/2026 | Current Lighting Legal - Jason Fokens | | | $ 569.20 | Airfare - from GSP to CLE - travel home after Mlazgar trial |
| | 08/28/2026 | Current Lighting Legal - Jason Fokens | | | $ 15.00 | Uber from Dinner to Hotel at Mlazgar trial |
| | 08/28/2026 | Current Lighting Legal - Jason Fokens | | | $ 24.71 | Meal - Mlazgar trial |
| | 08/28/2026 | Current Lighting Legal - Jason Fokens | | | $ 26.67 | Lunch - Mlazgar trial |
| | 08/28/2026 | Current Lighting Legal - Jason Fokens | | | $ 31.13 | Meal - Mlazgar trial |
| | 08/28/2026 | Current Lighting Legal - Jason Fokens | | | $ 31.50 | Travel agency fees - Mlazgar trial |
| | 08/28/2026 | Current Lighting Legal - Jason Fokens | | | $ 57.97 | Uber from the airport to home after Mlazgar trial |
| | 08/30/2026 | Current Lighting Legal - Jason Fokens | | | $ 741.62 | Rental car - Mlazgar trial |
| **Total** | | | | | **$ 235,022.40** | |