IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| R. L. MLAZGAR ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HLI SOLUTIONS, INC.;<br>LITECONTROL CORPORATION;<br>PROGRESS LIGHTING, LLC; and<br>HUBBELL INCORPORATED,<br><br>Defendants.<br><br>– and –<br><br>HLI SOLUTIONS, INC. and<br>LITECONTROL CORPORATION,<br>Counterclaimants,<br><br>v.<br><br>R. L. MLAZGAR ASSOCIATES, INC.,<br>Counterclaim-Defendant. | ) | Civil Action No: 6:22-cv-04729-JDA<br><br>**DECLARATION OF WILLIAM W. WILKINS** |

I, William W. Wilkins, declare as follows:

1. I am an attorney licensed to practice law in the state of South Carolina since 1967. I am admitted to practice in the Supreme Court of the United States, the South Carolina Supreme Court, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the District of South Carolina, and the United States Court of Appeals for the Armed Services.

2. My experience in the legal and judicial fields spans 52 years. I began public service in 1974 when I was elected Solicitor for the Thirteenth Judicial Circuit in South Carolina. In 1981, I was appointed as a United States District Judge for the District of South Carolina. Four years later, I was appointed as the first Chair of the United States Sentencing Commission, a bipartisan,

independent agency in the judicial branch of government, created by Congress to reduce criminal sentencing disparities and promote transparency and proportionality in sentencing. I chaired the Sentencing Commission until 1994 while also serving as a federal judge.

3. In 1986, I was appointed Circuit Judge for the United States Court of Appeals for the Fourth Circuit. In 1999, I was named Chair of the Committee on Criminal Law for the federal judiciary by the Chief Justice of the United States. In 2003, I was elevated to the position of Chief Judge of the United States Court of Appeals for the Fourth Circuit, serving in that capacity until 2007, when I elected to take senior status. While Chief Judge, I also served as a member of the Judicial Conference of the United States. I retired from the federal bench in 2008.

4. Since my retirement as a judge, I have engaged in the private practice of law as a member of the Maynard Nexsen (formerly Nexsen Pruet) law firm, with my primary office in Greenville, South Carolina. I retired from Maynard Nexsen in 2024 and continued to practice law as a sole practitioner with Billy Wilkins Law, LLC. I am currently a member of the law firm of Wilkins Davis, with primary offices located in Greenville. An hourly rate of $950.00 will be billed for my participation in this engagement.

5. I am familiar with the work of the Womble Bond Dickinson ("WBD") law firm and its predecessors from my years as a judge and as a private practitioner. I am also particularly familiar with the work of Mr. Pressly Millen who engaged me as an expert witness on the applicability of certain legal principles of North Carolina jurisprudence in an action pending in the High Court of Justice, Business and Property Courts of England and Wales Commercial Court titled *SAS Institute Inc. v. World Programming, Ltd.*, Claim No: CL-2017-000749 (QBD), in which I testified in London for Mr. Millen's client, SAS Institute Inc. In my opinion, based on his excellent reputation and from my personal observations, Mr. Millen is highly qualified to handle

complex civil litigation in courts here and abroad. While I am less personally familiar with his two colleagues in this case (co-counsel and paralegal), their backgrounds and the result achieved are indicative of their excellent qualifications as well. Most salient is that this entire matter, which was litigated over a nearly four-year period, resulted in a very successful conclusion for the Petitioners' clients because of the hard, diligent work and expertise of two attorneys and one paralegal.

6. I have reviewed the pleadings in this case, including the Second Amended Complaint, the Answer and Counterclaims, the Sealed Opinion and Order of United States District Judge Jacquelyn D. Austin, the Verdict Form, the Judgment in a Civil Action issued by Judge Austin, and the Civil Docket. I have also reviewed the Time Entry records of WBD. In my opinion, the hourly rates charged are within the reasonable range of rates charged by attorneys with similar qualifications and experience in cases of similar complexity to this case. The paralegal rate is also within that range. In my opinion, the total fees incurred are reasonable in light of the scope of the litigation and the results achieved, and I see nothing in the billing record to indicate any excessive or unnecessary work.

7. With regard to the factors generally considered by courts in assessing the reasonableness of attorneys' fees applications, several appear to be applicable here including (1) the substantial amount of time and labor required to litigate the case to verdict, (2) the novelty and difficulty of the legal issues involved, (3) the skill required to properly perform the legal services that were provided, (4) the importance of the case to both parties, (5) the successful result achieved for the counterclaimant, and (6) the experience, reputation and ability of the lawyers from the WBD law firm.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this 10th day of September, 2026, at Greenville, South Carolina.

*s/ William W. Wilkins*__________________
William W. Wilkins